**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SALMAN AHMAD, PLAINTIFF** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION: 3:26-cv-01224-E** |
| | § | |
| **STATE FARM LLOYDS AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DEFENDANTS** | §<br>§<br>§ | |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

TO THE HONERABLE JUDGE OF SAID COURT:

Plaintiff, SALMAN AHMAD, files this Demand for Jury Trial pursuant to Rule 38 of the Federal Rules of Civil Procedure and respectfully shows:

Plaintiff hereby demands a trial by jury on all issues so triable in this action.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request that this case be placed upon the jury docket and that all issues triable by jury be tried before a jury.

Respectfully submitted,

Robert P. Woodliff - Attorney at Law
4144 N. Central Expressway
Suite 600
Dallas, Tx 75204

*/s/ Robert P. Woodliff*______________________
Robert P. Woodliff
Attorney for Plaintiff, SALMAN AHMAD
Bar no: 00789788
Phone: (214) 540-4910
Fax: (866) 353-0972
Email: woodlifflaw@gmail.com

**D. BRADLEY KIZZIA**
State Bar No. 11547550
bkizzia@kjpllc.com
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Ste. 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on the 29th day of April 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/D. Bradley Kizzia*
**D. BRADLEY KIZZIA**