**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SALMAN AHMAD, PLAINTIFF** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION: 3:26-cv-01224-E** |
| | § | |
| **STATE FARM LLOYDS AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DEFENDANTS** | § § § | |

## AGREED MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE ADA BROWN:

Robert P. Woodliff, counsel of record for Plaintiff Salman Ahmad, files this Agreed Motion for Withdrawal of Counsel pursuant to N.D. Tex. Civ. R. 83.12 and respectfully shows the Court as follows:

## I. NATURE AND STAGE OF THE PROCEEDING

This is a first-party insurance action brought by Plaintiff Salman Ahmad against Defendants State Farm Lloyds and State Farm Mutual Automobile Insurance Company. The case is presently in the pretrial and discovery stage.

On July 20, 2026, the Court entered a Scheduling Order setting this case for jury trial on the Court's three-week docket beginning October 5, 2027. The Scheduling Order establishes deadlines for joinder of parties, amended pleadings, mediation, discovery, motions, and pretrial matters.

## II. ISSUE PRESENTED AND APPLICABLE STANDARD

The issue presented is whether undersigned counsel should be permitted to withdraw as counsel of record for Plaintiff.

Withdrawal is governed by N.D. Tex. Civ. R. 83.12. Where succeeding counsel is not known, the motion must set forth the client's name, address, and telephone number and either bear the client's signature approving withdrawal or specifically state why, after due diligence, counsel was unable to obtain the client's signature.

Plaintiff previously executed a written Agreed Motion for Withdrawal of Counsel expressly approving undersigned counsel's withdrawal. A true and correct copy of that executed Motion is attached as **Exhibit A** and incorporated herein for the purpose of establishing Plaintiff's written approval of withdrawal pursuant to N.D. Tex. Civ. R. 83.12.

## III. GROUNDS FOR WITHDRAWAL

Good cause exists for withdrawal because material differences have arisen between counsel and Plaintiff concerning the representation, making continued representation unreasonably difficult.

Plaintiff has been advised of counsel's intent to withdraw and has provided his written approval of the requested withdrawal.

Counsel has delivered, or will promptly deliver, to Plaintiff all papers and property to which Plaintiff is entitled and has taken reasonable steps to avoid foreseeable prejudice to Plaintiff's rights.

## IV. WITHDRAWAL WILL NOT PREJUDICE THE PROCEEDINGS

After Plaintiff executed his written approval of counsel's withdrawal, the Court entered its Scheduling Order on July 20, 2026. The Scheduling Order sets this case for jury trial on the Court's three-week docket beginning October 5, 2027.

The Scheduling Order establishes October 29, 2026 as the deadline for joinder of parties and amended pleadings; November 27, 2026 as the deadline for mediation; April 28, 2027 as the discovery deadline; May 28, 2027 as the motions deadline; September 7, 2027 as the deadline for the Pretrial Order and Pretrial Materials; and October 4, 2027 as the date of the Pretrial Conference.

Withdrawal at this stage will not affect the trial setting, interfere with the discovery process or dispositive-motion deadline, or otherwise cause undue delay or prejudice to any party.

## V. DEFENDANTS DO NOT OPPOSE THE MOTION

Counsel has conferred with counsel for Defendants concerning the relief requested herein. Defendants do not oppose the requested withdrawal, and the Motion is therefore agreed.

## VI. PLAINTIFF'S CONTACT INFORMATION

No succeeding attorney is presently known. Plaintiff's last known contact information is:

**Salman Ahmad**
631 Stradford Ln.
Coppell, Texas 75019
Telephone: 214-315-1865
Email: salmanahmad757@gmail.com

Plaintiff should receive all future notices at the above address unless and until substitute counsel appears.

## VII. PLAINTIFF'S WRITTEN APPROVAL OF WITHDRAWAL

Plaintiff Salman Ahmad previously executed an Agreed Motion for Withdrawal of Counsel expressly approving undersigned counsel's withdrawal. The Motion was prepared for filing but was not filed because undersigned counsel's PACER/CM/ECF account required updating.

Before that Motion could be filed, the Court entered its Scheduling Order on July 20, 2026. The present Motion therefore incorporates the current Scheduling Order and the Court's applicable filing requirements.

"A true and correct copy of that executed Motion bearing Plaintiff's signature approving undersigned counsel's withdrawal is attached as Exhibit A, incorporated herein, and made a part of this Motion for purposes of satisfying the client-approval requirement of N.D. Tex. Civ. R. 83.12."

The subsequently entered Scheduling Order does not alter the relief Plaintiff previously approved—the withdrawal of Robert P. Woodliff as his counsel of record in this action.

## VIII. CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, Movant respectfully requests that the Court grant this Agreed Motion for Withdrawal of Counsel; permit Robert P. Woodliff to withdraw as counsel of record for Plaintiff Salman Ahmad; direct that future notices be sent to Plaintiff at the contact information stated above unless and until substitute counsel appears; and grant Movant such other and further relief to which he may be entitled.

Respectfully submitted,

Robert P. Woodliff - Attorney at Law
4144 N. Central Expressway
Suite 600
Dallas, Tx 75204

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for Plaintiff, SALMAN AHMAD
Bar no: 00789788
Phone: (214) 540-4910
Fax: (866) 353-0972
Email: woodlifflaw@gmail.com

## CERTIFICATE OF WORD COUNT

Pursuant to the Court's Judge-Specific Requirements, I certify that the foregoing Motion contains 742 **words**, excluding the case caption, signature block, and certificates.

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for SALMAN AHMAD

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1, I certify that I conferred with counsel for Defendants concerning the relief requested in this Motion. Counsel for Defendants has advised that Defendants do not oppose the requested withdrawal.

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for SALMAN AHMAD

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing Agreed Motion for Withdrawal of Counsel was served through the Court's CM/ECF system upon all counsel of record and was also served upon Plaintiff Salman Ahmad at his last known mailing address and email address stated above.

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for SALMAN AHMAD

# EXHIBIT A

## PREVIOUSLY EXECUTED AGREED MOTION FOR WITHDRAWAL OF COUNSEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SALMAN AHMAD, PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION: 3:26-cv-01224-E |
| | § | |
| STATE FARM LLOYDS AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DEFENDANTS | §<br>§<br>§ | |

**AGREED MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONERABLE JUDGE OF SAID COURT:

Attorney Robert Woodliff, counsel of record for Plaintiff Salman Ahmad, files this Agreed Motion for Withdrawal of Counsel and would respectfully show:

# I.

Plaintiff's counsel seeks leave to withdraw from further representation of Plaintiff in this matter pursuant to Local Civil Rule 83.12 and the applicable Texas Disciplinary Rules of Professional Conduct.

# II.

Good cause exists for withdrawal because material differences have arisen between counsel and Plaintiff concerning the representation, making continued representation unreasonably difficult.

# III.

Plaintiff has been advised of counsel's intent to withdraw and consents to this withdrawal.

# IV.

Counsel has delivered, or will promptly deliver, to Plaintiff all papers and property to which Plaintiff is entitled and has taken reasonable steps to avoid foreseeable prejudice to Plaintiff's rights.

# V.

No trial date has been set, and withdrawal will not unduly delay the proceedings or prejudice any party.

# VI.

Counsel has conferred with counsel for Defendants regarding the relief requested herein. Defendants do not oppose this motion, and the motion is therefore agreed.

# VII.

Plaintiff's last known contact information is:

**Salman Ahmad**
631 Stradford Ln.
Coppell, Texas 75019
Telephone: 214-315-1865
Email: salmanahmad757@gmail.com

Plaintiff should receive all future notices at the above address unless and until substitute counsel appears.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court grant this Motion and permit Robert Woodliff to withdraw as counsel of record for Plaintiff, and for such other and further relief to which Movant may be justly entitled.

Respectfully submitted,

Robert P. Woodliff - Attorney at Law
4144 N. Central Expressway
Suite 600
Dallas, Tx 75204

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for Plaintiff, SALMAN AHMAD
Bar no: 00789788
Phone: (214) 540-4910
Fax: (866) 353-0972
Email: woodlifflaw@gmail.com

AGREED TO:

SALMAN AHMAD - Plaintiff

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for Defendants has been contacted regarding the relief requested herein and has indicated that Defendants do not oppose this motion.

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for SALMAN AHMAD

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of __________, 2026, a true and correct copy of the foregoing document was served through the Court's CM/ECF system on all counsel of record and was also served upon Plaintiff, Salman Ahmad, at his last known address and email address listed above.

*/s/ Robert P. Woodliff*
Robert P. Woodliff
Attorney for SALMAN AHMAD